UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Doe<br><br>   Plaintiff,<br><br>  v.<br><br>California Southern University, et al.,<br><br>   Defendants. | Case No. 2:25-cv-09549-HDV (SK)<br><br>**INITIAL CASE MANAGEMENT ORDER IN CIVIL RIGHTS CASES**<br><br>[PLAINTIFF NOT IN CUSTODY] |

  Under General Order 05-07, this case has been referred to United States Magistrate Steve Kim for pre-trial proceedings.

**I. Consent to Magistrate Judge Jurisdiction**

  The Clerk shall serve Plaintiff with a copy of the Consent to Proceed before a United States Magistrate Judge form (Form CV-11) along with this Order.  Plaintiff is advised that, to encourage the just and speedy determination of civil rights cases filed in this District, the parties may waive their right to proceed before a district judge and instead consent to have a magistrate judge render a final judgment.  If Plaintiff wishes to consent, Plaintiff must file a completed Form CV-11 with the Clerk and serve it on Defendants within 28 days after the date of this Order.  If Defendants wish to consent, they must file and serve a

completed Form CV-11 on or before the date when they answer the Complaint. The parties may withhold consent without adverse substantive consequences. *See* Fed. R. Civ. P. 73(b)(2).

## II. Service of the Complaint

The Court has determined that the Complaint, filed on October 7, 2025, may be served upon Defendant(s).

Plaintiff must serve the summons and complaint on all named defendants in this action within 90 days from the filing the Complaint, that is, by January 5, 2026. Plaintiff must file proof of service within 15 days of the date of service. Because Plaintiff is proceeding in forma pauperis, Plaintiff may request that the Court order that service of the summons and complaint be made by a United States Marshal. *See* Fed. R. Civ. P. 4(c)(3). <u>That request must be made in writing within 14 days of this order</u>. Whether done by Plaintiff or by the United States Marshal on request, if service is not completed within 90 days from the filing of the Complaint, the Court may dismiss this action in whole or against unserved defendants. *See* Fed. R. Civ. P. 4(m). Service of the summons and Complaint must comply with Rule 4 of the Federal Rules of Civil Procedure.

## III. Deferred Scheduling Conference and Order

Under Federal Rule of Civil Procedure 16, the Court finds good cause to postpone issuance of a Scheduling Order. In the Court's experience with this type of case, delays and complexities in service of process and the potential for motions practice under Federal Rule of Civil Procedure 12(b) often render an early Scheduling Conference an inefficient use of the Court's and parties' resources. Accordingly, the Court will set a deadline for a Scheduling Conference no sooner than 60

days after the last defendant has answered or the last motion under Rule 12(b) has been finally decided, whichever occurs later.  The Court may vacate a Scheduling Conference in its discretion if it feels it has sufficient information from the parties to issue a Scheduling Order without a Scheduling Conference.

### IV. Discovery

Because the Court has not set a date for a scheduling conference, the parties' obligations to provide initial disclosures under Federal Rule of Civil Procedure 26(a) and to confer about discovery under Federal Rule of Civil Procedure 26(f) do not yet trigger.  The Court further reminds the parties that "[a] party may not seek discovery from any source before the parties have conferred as required by Rule 26(f)" unless authorized by court order.  Fed. R. Civ. P. 26(d)(1).

The Court hereby authorizes Plaintiff to conduct **LIMITED** discovery only for the purposes of identifying the Doe Defendant[s] and where they may be served.  *See Gillespie v. Civiletti*, 629 F.2d 637, 642–43 (9th Cir. 1980).

### V. Pre-Trial Motions

For substantive pre-trial motions under Rule 12 of the Federal Rules of Civil Procedure, the parties shall strictly comply with Rule 7 of the Federal Rules of Civil Procedure and Local Civil Rules 7-1 through 7-20, including in particular Local Rule 7-3 (Conference of Counsel Prior to Filing of Motions).  Thus, any Opposition to a motion must be filed and served within 21 calendar days after service of the motion, and an optional reply may be filed within 14 calendar days after service of the Opposition.  The Court will deem the motion submitted for decision based on the papers timely filed and without oral argument, unless

otherwise ordered.

The failure to file a timely opposition to a motion may constitute that party's consent to relief sought pursuant to Local Civil Rule 7-12 and/or result in a recommendation that this action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). *See Heinemann v. Satterberg*, 731 F.3d 914, 916 (9th Cir. 2013). The Court may continue may take a motion under submission without hearing and oral argument.

## VI. Communication with Judge or Judge's Clerks Strictly Prohibited

Under Local Rule 83-2.5, "parties to any action or proceeding shall refrain from writing letters to the judge, sending e-mail messages to the judge, making telephone calls to chambers, or otherwise communicating with a judge in a pending matter unless opposing counsel is present. All matters must be called to a judge's attention by appropriate application or motion filed in compliance with these Local Rules."

## VII. Pro Se Clinic Information

The Court advises Plaintiff of the existence of the Federal Pro Se Clinics, which offer on-site information and guidance to individuals who are representing themselves in federal civil actions. The Central District maintains clinics at the following locations ***(Please note that all clinic locations may not be open for in-person appointments)***: (1) Roybal Federal Building (255 East Temple Street, Suite 170, Los Angeles, CA 90012). This location operates by appointment only. For more information, please call (213) 385-2977 ext. 270 or visit http://prose.cacd.uscourts.gov/los-angeles. (2) George E. Brown Federal Building (3420 Twelfth Street, Room 125, Riverside, CA 92501).

4

For more information, please call (951) 682-7968 or visit http://prose.cacd.uscourts.gov/riverside.  (3) Ronald Reagan Federal Building (411 W. 4th Street, Room 1055, Santa Ana, CA 92701).  For more information, please call (714) 541-1010 ext. 222, or visit http://prose.cacd.uscourts.gov/santa-ana.

For more information and resources, please visit http://prose.cacd.uscourts.gov.

Pro se litigants may submit documents for filing through the Court's Electronic Document Submission System (EDSS) instead of mailing or bringing documents to the Clerk's Office.  Only internet access and an e-mail address are required.  Documents are submitted in PDF format through an online portal on the Court's website.  To access EDSS and for additional information, please visit the Court's website at http://apps.cacd.uscourts.gov/edss.

## VIII.  Strict Compliance with Rules and Orders

The Court expects from all parties, represented and *pro se*, strict compliance with all terms of this Court's Orders, the Federal Rules of Civil Procedure, and the Local Rules of this Court.  <u>Failure to obey rules or orders may result in dismissal of this action.</u>

Plaintiff must immediately notify the Court and Defendant(s) of any change of Plaintiff's address.  Under Local Rule 41-6, if Plaintiff fails to maintain a current address with the Court, the Court may recommend dismissal of this action for failure to prosecute.

**IT IS SO ORDERED.**

DATED: October 23, 2025

_____
HON. STEVE KIM
US MAGISTRATE JUDGE

5