FILED

Name: John Doe
Address: P.O. Box 1679, unit 4850
Sacramento CA 95812
Phone: 310.598.8358
Fax:

In Pro Per

2025 DEC -8 AM 9:55
LOS ANGELES
BY: rsm

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

John Doe
SAFE AT HOME Participant
Plaintiff

v.

Cal Southern University
American Intercontinental
University System
Defendant(s).

CASE NUMBER: CV25-9549-HDV(DSR)

TITLE OF PLEADING:
Requesting No Contact to Plaintiff

No contacting the Plaintiff on any platform or phone calls.

John Doe
(AKA)
Samuel b Smith

12/8/2025

CV-127 (09/09)   PLEADING PAGE FOR A SUBSEQUENT DOCUMENT