UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:25-cv-09549-HDV-DSR                                                    Date: December 12, 2025

Title  John Doe v. California Southern University, et al.

Present: The Honorable: Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:**   (IN CHAMBERS) **ORDER REQUIRING PLAINTIFF TO PROVIDE COURT WITH HIS CURRENT ADDRESS PURSUANT TO LOCAL RULE 41-6**

    Several Court orders or other mail served on Plaintiff at his address of record have recently been returned by the Postal Service as undeliverable. The Court reminds Plaintiff that he is obligated to keep the Court informed of his current address and telephone number, pursuant to Local Civil Rule 41-6.

    Plaintiff is ORDERED to file with the Court a notice of his current address and telephone number within ten days of the date of this Order. Plaintiff is expressly cautioned that if he fails to respond to this order, the Court will recommend that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b), for Plaintiff's failure to prosecute.

    The Clerk of Court is directed to serve a copy of this Order on Plaintiff at the mailing address provided in his most recent filing ("Request," Doc. No. 38), in addition to his current address of record.

cc: John Doe
   P.O. Box 1679, Unit 4550
   Sacramento, CA 95812

:
**Initials of Preparer**     LK