UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  2:25-cv-9549 HDV (DSR)                              Date: January 12, 2026

Title  JOHN DOE V. CALIFORNIA SOUTHERN UNIVERSITY, ET AL.

Present: The Honorable:  Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:**   (IN CHAMBERS) **ORDER SETTING HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (DOC. NO. 61) AND ORDERING SERVICE**

On January 5, 2026, Plaintiff filed a "Motion to Compel Release of Final Passing Grade & Degree Conferral and for Limited Injunctive Relief" (Doc. No. 61).  Plaintiff states that he "seeks narrow, immediate relief to stop ongoing harm caused by Defendants' continued refusal to release Plaintiff's final passing grade and degree conferral … ."  Doc. No. 61 at ECF p. 4.  While he does not title it as such, it appears that Plaintiff moves for a preliminary injunction.

Plaintiff's papers include a page titled "Notice of Motion and Motion," but Plaintiff did not specify a hearing date.  The Court therefore sets the matter for hearing on February 17, 2026 at 10:00 a.m.  Opposition and Reply papers will be due pursuant to Local Rules 7-9 and 7-10.  Plaintiff also did not provide any proof of service of the Motion on counsel for Defendants.  A preliminary injunction may only be issued on notice to the adverse party.  See Fed. R. Civ. P. 65(a)(1).  Therefore, no later than **January 16, 2026** Plaintiff must serve copies of his moving papers (including his proposed order), and a copy of this Order, on counsel for Defendants and file proof of such service with the Court.  See Local Rules 6-1 and 7-2 through 7-8.  Failure to do so will result in the striking of Plaintiff's Motion from the docket.

:

**Initials of Preparer**       LK