FILED

Name: John Doe
Address: PO Box 1679, UNIT 4550
Sacramento, CA 95812
Phone: 310-598-8398
Fax:

In Pro Per

2026 FEB -9  AM 10: 53

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

John Doe
SAFE AT HOME PARTICIPANT
    Plaintiff
v.
California Southern University
et al.
    Defendant(s).

CASE NUMBER:
CV-25-9549-HDV-DSR

REQUEST FOR REDACTION OF PERSONAL IDENTIFYING INFORMATION

**TITLE OF PLEADING**

1) Plaintiff's Request For Redaction of Personal Identifying Information AND Correction Of Public Docket Entries

2) Google Search Copy Of Full Name To Reveal Samuel Dominicus Pro Se

3) Proposed Order Granting Plaintiff's Request For Redaction Of Personal Identifying Information AND Correction Of Public Docket Entries

CV-127 (09/09)    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

John Doe,

   Plaintiff,

v.

California Southern University, et al.,

   Defendants.

Case No.: CV-25-9549-HDV-DSR

# PLAINTIFF'S REQUEST FOR REDACTION OF PERSONAL IDENTIFYING INFORMATION

# AND CORRECTION OF PUBLIC DOCKET ENTRIES

## (Safe-at-Home Confidentiality Violation)

Plaintiff John Doe, proceeding under a Court-recognized pseudonym pursuant to the California Safe-at-Home Confidential Address Program (Cal. Gov. Code §§ 6205–6211), respectfully submits this Request for Redaction under Federal Rule of Civil Procedure 5.2 and applicable state confidentiality protections.

## I. INTRODUCTION

Plaintiff is an active participant in the California Secretary of State's Safe-at-Home Confidential Address Program, established to protect the identities and personal information of individuals facing safety risks. Plaintiff filed this action under the pseudonym "John Doe," and the Court accepted Plaintiff's confidential address handling request.

However, despite Plaintiff's pseudonymous filing, Plaintiff's full legal name ("Samuel Dominicus Smith") has been published on a third-party docket aggregation website, PacerMonitor, and Google Search is now indexing and publicly displaying that information.

The appearance of Plaintiff's real name in connection with this case:

- Violates the confidentiality protections of Cal. Gov. Code §§ 6205–6211,
- Circumvents Plaintiff's court-recognized pseudonym,
- Creates an ongoing safety risk, and
- Constitutes publication of protected identifying information, contrary to FRCP 5.2 and the intent of Safe-at-Home.

Immediate correction is necessary to prevent further exposure, harm, or improper public association with Plaintiff's confidential legal identity.

## II. REQUEST FOR RELIEF

Plaintiff respectfully requests that the Court:

### 1. Order immediate redaction of Plaintiff's legal name ("Samuel Dominicus Smith")

from all publicly accessible docket entries, including metadata associated with filings or notices that may have been transmitted to PACER or accessed by third-party sites.

### 2. Direct the Clerk of Court to substitute "John Doe"

for Plaintiff's legal name in all public-facing docket entries.

### 3. Direct the Clerk to reissue corrected docket entries

so that Google Search and other indexers detect only the pseudonym "John Doe."

### 4. Notify PACER and third-party docket aggregators, including PacerMonitor,

that Plaintiff is a Safe-at-Home protected participant and that all listings must reflect "John Doe" instead of Plaintiff's legal name.

### 5. Provide any further relief the Court deems necessary

to ensure compliance with FRCP 5.2, protect Plaintiff's identity, and prevent continued public exposure and indexing on Google Search.

## III. ARGUMENT

### A. FRCP 5.2 Authorizes Redaction to Protect Personal Identifiers

FRCP 5.2 permits and, in some cases, requires redaction of identifying information when public disclosure risks harm or violates statutory protections. The rule also

authorizes the Court to impose additional protective measures when necessary.

## B. California Safe-at-Home Statutes Prohibit Public Disclosure of a Participant's Identity

California Gov. Code §§6205–6211 mandates confidentiality for Safe-at-Home participants to prevent the public from accessing identifying information. Publication of Plaintiff's legal name in connection with this case conflicts directly with these statutory protections.

## C. Continued Publication Through PacerMonitor and Google Indexing Creates Foreseeable Risk of Harm

The exposure of Plaintiff's legal name:

- Undermines state-mandated confidentiality
- Enables public tracing of Plaintiff's identity
- Defeats the purpose of filing under pseudonym
- Creates risk of retaliation, harassment, or safety threats

The Court's intervention is necessary to stop ongoing harm.

## IV. CONCLUSION

For these reasons, Plaintiff respectfully requests that the Court:

- Redact all references to Plaintiff's legal name;
- Replace Plaintiff's name with "John Doe" in all public entries;
- Reissue corrected public dockets;
- Notify PACER and PacerMonitor of the correction; and
- Grant any additional protections warranted.

Respectfully submitted,

John Doe  *John Doe  2/09/2026*

Plaintiff, Pro Se

California Safe-at-Home Program Participant

7



**samuel dominicus smith**  ✕

AI Mode | **All** | Images | Videos | Shopping | Ne

Within 5 mi    Top rated

● Hollywood, CA 90068 · Choose area



PacerMonitor
https://www.pacermonitor.com

### John_Doe_v_California_Souther...

Oct 7, 2025 — Filed by: Samuel Dominicus Smith (Pro Se) 4h SHV OVE [Safe At Home ? Confidential Address Handling Requested] Date: October 5, 202...