**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOE,<br><br>                Plaintiff,<br>        v.<br><br>CALIFORNIA SOUTHERN UNIVERSITY, et al.,<br><br>                Defendants. | No. 2:25-cv-9549-HDV (DSR)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE RE DEFENDANTS' MOTION TO DISMISS (DOC. NO. 55) AND PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (DOC. NO. 61)** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendants' Motion to Dismiss (Doc. No. 55) and Plaintiff's Motion for a Preliminary Injunction (titled "Motion to Compel") (Doc. No. 61), all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.

The Court has considered Plaintiff's June 22, 2026, Objections to the Magistrate Judge's Report and Recommendation (Doc. No. 89), as well as Defendants' Reply to those Objections (Doc. No. 92), and has conducted a de novo review of those portions of the Report and Recommendation to which Plaintiff objected.  Having conducted a de novo review, Plaintiff's Objections do not cause this Court to alter or modify the Report and Recommendation.

Accordingly, the Court ORDERS as follows:

(1) the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

(2) Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. No. 55), is GRANTED with 30 days' leave to amend, and

(3) Plaintiff's Motion for Preliminary Injunction (Doc. No. 61) is DENIED.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order herein on Plaintiff at Plaintiff's current address of record, as well as all parties who have appeared in the action.

IT IS SO ORDERED.

DATED: July 31, 2026

_____
HON. HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE

2