UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 20 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JOHN DOE,

Plaintiff - Appellant,

v.

CALIFORNIA SOUTHERN UNIVERSITY, AKA CalSouthern; et al.,

Defendants - Appellees.

No. 26-5619

D.C. No.
2:25-cv-09549-HDV-DSR
Central District of California,
Los Angeles

ORDER

Before: W. FLETCHER, DESAI, and DE ALBA, Circuit Judges.

The motion (Docket Entry No. 13) to dismiss this appeal as moot is granted. *See Falck N. Cal. Corp. v. Scott Griffith Collaborative Sols., LLC*, 25 F.4th 763, 765-66 (9th Cir. 2022) (amendment of a complaint on which an interlocutory appeal is based moots the appeal because the prior complaint becomes "a legal nullity"); *see also Akina v. Hawaii*, 835 F.3d 1003, 1010 (9th Cir. 2016) ("An interlocutory appeal of the denial of a preliminary injunction is moot when a court can no longer grant any effective relief sought in the injunction request.").

All other pending motions are denied as moot.

**DISMISSED.**