UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 12 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JOHN DOE,

Plaintiff - Appellant,

v.

CALIFORNIA SOUTHERN UNIVERSITY, AKA CalSouthern; et al.,

Defendants - Appellees.

No. 26-5619

D.C. No.
2:25-cv-09549-HDV-DSR

Central District of California,
Los Angeles

MANDATE

The judgment of this Court, entered October 20, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT